## William R. Wiley, Appellant, v. Childs Company, Appellee.

### Gen. No. 23,784.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed June 19, 1918.

### Statement of the Case.

Action by William R. Wiley, plaintiff, against Childs Company, a corporation, defendant, to recover the value of an overcoat, lost or stolen from defendant's restaurant. From a judgment for defendant, plaintiff appeals.

WILLIAM R. WILEY, *pro se.*

WINSTON, PAYNE, STRAWN & SHAW, for appellee; LESLIE M. O'CONNOR, of counsel.

MR. JUSTICE THOMSON delivered the opinion of the court.

### Abstract of the Decision.

INNKEEPERS, § 5*—*when restaurant keeper not liable for loss of overcoat of customer.* A restaurant keeper is not liable for the loss of an overcoat by a customer in the restaurant, where the evidence shows that he hung his coat up on a hook furnished, without availing himself of checking privileges provided by the restaurant keeper, who had given notice that he would not be responsible for personal property not checked, even though the customer claims not to have seen such notice, which was on the menu cards and also on the walls.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.